FORM CACB (od13vdr VAN–154)
Rev.(03/09)

## United States Bankruptcy Court
## Central District of California

**1415 State Street, Santa Barbara, CA 93101–2511**

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF
## CHAPTER 13 [11 U.S.C. § 1307(b)]

**DEBTOR INFORMATION:**
James Pascucci

**BANKRUPTCY NO.** 9:16–bk–11027–PC

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–0703
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 7/5/16

**Address:**
5933 Annie Oakley Road
Hidden Hills, CA 91302

Based on debtor's request, IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed; and

(2)  the court retains jurisdiction on all issues arising under 11 U.S.C. §§ 110, 329 and 362.

Dated: July 5, 2016

BY THE COURT,

**Peter Carroll**
United States Bankruptcy Judge

(Form od13vd VAN–154) Rev. 03/09                                                                                                    **21 / KRU**